640

No. 517.   GUY *v.* UNITED STATES.   January 8, 1940.

No. 19.   OKLAHOMA PACKING CO. *v.* OKLAHOMA GAS & ELECTRIC CO. ET AL.   See *ante*, p. 530.

No. 17.   FORD MOTOR CO. *v.* BEAUCHAMP, SECRETARY OF STATE OF THE STATE OF TEXAS, ET AL.   January 15, 1940.

No. 68.   HELIS *v.* WARD, EXECUTRIX, ET AL.   January 15, 1940.